■ In the Matter of DAVID H. HALL, an Attorney. — Respondent suspended and matter remanded to Departmental Disciplinary Committee for the First

Judicial Department for hearing and report. Concur — Kupferman, J.P., Birns, Sullivan, Silverman and Bloom, JJ.